**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

UNITED STATES,

    Plaintiff,

v.

TAWONNA DELDRIDGE,

    Defendant.

No. CR 09-70245 SBA

**ORDER**

[Docket No. 8]

The hearing on the Government's Appeal of Magistrate's Pre-trial Release Order for Defendant Tawonna Deldridge, scheduled for March 24, 2009, at 11:00 a.m., is CONTINUED to March 26, 2009, at 1:00 p.m.

IT IS SO ORDERED.

DATE: 3/23/19

_____
Saundra Brown Armstrong
United States District Judge